13[?]

1 KAREN P. HEWITT
United States Attorney
2 CAROLINE P. HAN
Assistant United States Attorney
3 California State Bar No. 250301
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-5220
6

Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

8                    UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA    08cr1210-H

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ0945 |
| 11                          Plaintiff, | ) ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| 12            v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| 13  JOSE EDUARDO GALVEZ-ARAGON, | ) | **ORDER THEREON** |
| | ) | |
| 14                          Defendant. | ) | |
| | ) | **(Pre-Indictment Fast-Track Program)** |
| 15  _____ | ) | |

16        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18  Caroline P. Han, Assistant United States Attorney, and defendant JOSE EDUARDO GALVEZ-

19  ARAGON, by and through and with the advice and consent of defense counsel, John C. Ellis, that:

20        1.        Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26  //

27  //

28  CPH:es:4/1/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **April 28, 2008**.

6    4.    The material witnesses, David Rojas-Tejes, Veronica Cruz-Ramos and Fabiola

7    Lopez-Martinez, in this case:

8    a.    Are aliens with no lawful right to enter or remain in the United States;

9    b.    Entered or attempted to enter the United States illegally on or about

10    March 26, 2008;

11    c.    Were found in a vehicle driven by defendant at the San Ysidro, California Port

12    of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13    aliens with no lawful right to enter or remain in the United States;

14    d.    Were paying $1,800 to others to be brought into the United States illegally

15    and/or transported illegally to their destination therein; and,

16    e.    May be released and remanded immediately to the Department of Homeland

17    Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19    stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20    reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

21    proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

22    attack, that:

23    a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24    substantive evidence;

25    b.    The United States may elicit hearsay testimony from arresting agents

26    regarding any statements made by the material witness(es) provided in discovery, and such

27

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Eduardo Galvez-Aragon                    2                                        08MJ0945

1  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2  against interest of (an) unavailable witness(es); and,

3          c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6  waives the right to confront and cross-examine the material witness(es) in this case.

7          6.      By signing this stipulation and joint motion, defendant certifies that defendant has

8  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9  further that defendant has discussed the terms of this stipulation and joint motion with defense

10  counsel and fully understands its meaning and effect.

11          Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12  immediate release and remand of the above-named material witness(es) to the Department of

13  Homeland Security for return to their country of origin.

14          It is STIPULATED AND AGREED this date.

15                                          Respectfully submitted,

16                                          KAREN P. HEWITT
                                            United States Attorney
17

18  Dated: _____.              _____
                                            CAROLINE P. HAN
19                                          Assistant United States Attorney

20

21  Dated: 4/3/08      .

22                                          JOHN C. ELLIS
                                            Defense Counsel for Galvez-Aragon
23

24  Dated: 4/3/08      .                    _____
                                            JOSE EDUARDO GALVEZ-ARAGON
25                                          Defendant

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Jose Eduardo Galvez-Aragon        3                          08MJ0945

ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: __4/17/08__ .

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Eduardo Galvez-Aragon          4          08MJ0945