# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                             )
        Plaintiff           )
                             )
       vs.                  )
                             )
Jose Eduardo Galvez- )
                    Aragon )
         Defendant(s)       )
_____ )

CRIMINAL NO. 08CR1210-H
                  08mj0945

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Veronica Cruz-Ramos

DATED: 4/17/08

RECEIVED _____
            DUSM

**William McCurine, Jr.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
            Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082