UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>  Plaintiff    )<br>            )<br>            )<br>  vs.        )<br>            )<br> Jose Eduardo Galvez-  )<br>       Aragon  )<br>  Defendant(s)  )<br>            ) | CRIMINAL NO. 08CR1210-H<br>08mj0945<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

David Rojas-Tejes

DATED: 4/17/08

RECEIVED _____  
          DUSM

**William McCurine, Jr.**
_____  
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk  
by _____  
       Deputy Clerk

CLERK'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082